IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| FAULCONER CONSTRUCTION COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| FORTILINE, INC., d/b/a FORTILINE WATERWORKS, | ) ) ) |
| Defendant. | ) ) |

CASE NO.: 3:19-cv-00040

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, dismisses the above-captioned action against the Defendant without prejudice.

This the 19th day of November 2019.

FAULCONER CONSTRUCTION
COMPANY, INC.

BY:      /s/     Brad C. Friend
Brad C. Friend
Virginia State Bar #65462
KRAFTSON CAUDLE
1600 Tysons Boulevard, Suite 250
McLean, Virginia 22102
Telephone: (703) 873-5507
Facsimile: (703) 873-5519
Email: bfriend@kraftsoncaudle.com.com

*Counsel for Faulconer Construction Company, Inc.*